

# THE THIRTEENTH COURT OF APPEALS

13-11-00708-CV

CHARLES E. SMITH AND BETTY M. SMITH, INDIVIDUALLY AND AS TRUSTEES
FOR THE SMITH FAMILY TRUST
v.
LONG ISLAND VILLAGE OWNERS ASSOCIATION, INC. F/K/A OUTDOOR
RESORTS/SOUTH PADRE OWNER'S ASSOCIATION, INC. AND PAST AND
PRESENT BOARD OF DIRECTORS OF LONG ISLAND OWNERS ASSOCIATION,
INC. F/K/A OUTDOOR RESORTS/SOUTH PADRE OWNER'S ASSOCIATION, INC.

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2011-DCL-7171-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 31, 2014